UNITED STATES DISTRICT COURT                    MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 8/18/2008          CASE NUMBER:  08-16028M-001 -SD

USA vs.  Pedro Leonides Guzman-Rosas

U.S. MAGISTRATE JUDGE:  JAY R. IRWIN  #:  70BK

A.U.S. Attorney  None Present                    INTERPRETER  Ricardo Gonzalez
                                                 LANGUAGE  Spanish
Attorney for Defendant  Bruce Yancey (Appointed)
MATERIAL WITNESS(es):  1-Joel Flores-Chamorro 2-Noel Astorga-Mendosa 3-Juan Antonio Macias-Gallo
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es):  None present.

DEFENDANT:  ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA  8/15/08              ☒ Initial Appearance           ☒ Appointment of counsel hearing held
☒ Financial Afdvt taken   ☒ Defendant Sworn              ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)            ☐ Defendant states true name to be _____. Further proceedings ORDERED in Defendant's true name.

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>Set for:  8/25/08 at 10:30 a.m.<br>Before:  Magistrate Judge Peter C. Lewis - El Centro<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial | ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:** | **STATUS HEARING:** re: _____ |
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:  9/2/08 at 1:30 p.m.<br>Before:  Magistrate Judge Peter C. Lewis - El Centro<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | ☐ Held  ☐ Con't  ☐ Reset<br><br>Set for:<br>Before: |

Other: Defendant:  First appearance and appointment of counsel hearing set for 8/25/08 at 10:30 a.m. before Magistrate Judge Peter C. Lewis in El Centro, California.  Material Witnesses: Are initialed and ordered temporarily detained.   First Appearance and appointment of counsel hearing is set for 8/27/08 at 10:30 a.m. before Magistrate Judge Peter C. Lewis.

Recorded by Courtsmart (IA: 7 Min)
BY:  Jocelyn M. Arviso
Deputy Clerk