```
 1  KAREN P. HEWITT
    United States Attorney
 2  JOHN F. WEIS
    Assistant U. S. Attorney
 3  California State Bar No. 82884
    516B Industry Way, Suite C
 4  Imperial, CA   92251
    Telephone: (760) 370-0893
 5
    Attorneys for the
 6  United States of America
```

**FILED**
**AUG 22 2008**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No.: **08-16028M-001-SD** |
| Plaintiff, ) | Statement of Related Case |
| v. ) | |
| Pedro Leonides GUZMAN-Rosas, ) | |
| Defendant. ) | |

The government avers that the above captioned case is related to United States v. Evelyne RUIZ, Magistrate Number 08-16029M-001-SD, and United States v. Mayra Alejandra ZEPEDA, Magistrate Number 08-16030M-001-SD.

Dated: August 22, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ John F. Weis*

JOHN F. WEIS
Assistant U. S. Attorney